1  Robert N. Phillips (SBN 120970)
   Katherine M. Basile (SBN 132518)
2  HOWREY SIMON ARNOLD & WHITE, LLP
   301 Ravenswood Avenue
3  Menlo Park, California 94025-3434
   Telephone: (650) 463-8100
4  Facsimile: (650) 463-8400

5  Peter E. Moll
   HOWREY SIMON ARNOLD & WHITE, LLP
6  1299 Pennsylvania Avenue, N.W.
   Washington, DC 20004
7  Telephone: (202) 783-0800
   Facsimile: (202) 383-6610

8
   Attorneys for Plaintiff
9  INTEL CORPORATION

**ORIGINAL FILED**

MAY 1 – 2003

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

E-FILING

10
11            UNITED STATES DISTRICT COURT

12           NORTHERN DISTRICT OF CALIFORNIA        *01998*

13                  C03     01988CW

14  INTEL CORPORATION, a Delaware        )  Case No.
    corporation,                        )
15                                       )  **COMPLAINT FOR DAMAGES AND**
                 Plaintiff,              )  **INJUNCTIVE RELIEF**
16                                       )
          vs.                            )
17                                       )
    INTELL MANAGEMENT & INVESTMENT       )
18  CO., a Delaware corporation,         )
                                         )
19                Defendant.             )
    _____)

20

21        Plaintiff Intel Corporation, by its attorneys, alleges as follows:

22        1.      This action arises from Defendant Intell Management & Investment Co.'s use of a trade

23  name and service mark that incorporates and is essentially identical to one of the most famous

24  trademarks in the world — INTEL®. By combining "Intell" with the generic phrase "Management &

25  Investment Co.," Defendant has caused and is likely to continue to cause confusion that Intel is the

26  source or sponsor of Defendant's management and investment services, or that there is an association

27  between the companies. In addition, Defendant's acts are causing, and/or are likely to cause, dilution

28  of the INTEL trademark. Consequently, Intel seeks injunctive relief and damages for injuries that have

HOWREY
SIMON
ARNOLD &
WHITE

Case No.
Complaint for Damages and Injunctive Relief

1  been, and will continue to be, caused by Defendant's use of the Intell Management & Investment Co.

2  trade name and service mark in violation of the Lanham Act (15 U.S.C. §§ 1051-1127 *et seq.*), Federal

3  false designation of origin law (15 U.S.C. § 1125(a)), the Federal Trademark Dilution Act of 1995 (15

4  U.S.C. § 1125(c)), California statutory trademark infringement law (Cal. Bus. and Prof. Code

5  § 14335), the California Dilution Act (Cal. Bus. and Prof. Code § 14330), California statutory unfair

6  competition law (Cal. Bus. and Prof. Code § 17200) and the common law doctrines of passing off and

7  unfair competition.

8  I.  **JURISDICTION AND VENUE**

9  2.  This Court has jurisdiction over this matter pursuant to 15 U.S.C. § 1121 and 28 U.S.C.

10  §§ 1331, 1332, 1338 and 1367.  Intel's claims are, in part, based on violations of the Lanham Act, as

11  amended, 15 U.S.C. §§ 1051-1127.  The Court has jurisdiction over the state law claims pursuant to 28

12  U.S.C. §§ 1332, 1338(b), and 1367.

13  3.  Venue lies in the Northern District of California pursuant to 28 U.S.C. § 1391(b) and

14  (c).  Intel is informed and believes that Defendant transacts business in this District and may otherwise

15  be found here, and a substantial part of the events, omissions, and injuries giving rise to Intel's claims

16  occurred in this District.

17  II.  **THE PARTIES**

18  4.  Plaintiff Intel is a Delaware corporation having its principal place of business at 2200

19  Mission College Boulevard, Santa Clara, California.  Intel develops, manufactures and sells a broad

20  spectrum of high-technology, state-of-the-art products, ranging from the bedrock "ingredients" of

21  computing architecture and personal computers, such as microprocessors, microchips, chip sets,

22  computer memory, circuit boards, computer systems, and software, to communications, networking,

23  and Internet related products.  Intel also uses its mark in connection with computer, communications

24  and Internet services.  Intel is widely recognized as a world leader in high-technology products and

25  services.  Intel's products and services are sold worldwide and throughout the United States, including

26  the Northern District of California.

27  5.  Defendant Intell Management & Investment Co. ("Intell") is a Delaware corporation,

28  believed to have its principal places of business at 225 W. 86th St., New York, NY 10024.  Intel is

HOWREY
SIMON
ARNOLD &
WHITE
Case No.                                                -2-
Complaint for Damages and Injunctive Relief

1    informed and believes that Intell is a national developer, construction and asset manager of office,

2    retail and multifamily properties throughout the United States. Intell seeks investors for its real estate

3    projects throughout the United States. For several of its properties, Intell has created other corporate

4    entities using the Intell name, such as Intell Kentucky, Inc., Intell Louisville LLC, and Intell

5    Management Company.

6    III.    **INTEL'S BUSINESS AND MARKS**

7    6.    Intel develops, manufactures and sells a variety of computing, communications, and

8    Internet-related software and hardware products and related services. Intel's customers and/or ultimate

9    purchasers have included individual consumers, businesses, schools, computer manufacturers,

10   industrial manufacturers, telecommunications equipment manufacturers, the government, the aircraft

11   industry and the military.

12   7.    For more than 30 years, Intel has used INTEL as a trade name, trademark and service

13   mark throughout the United States and the world to identify virtually its entire line of products and

14   services. INTEL is one of the most valuable and respected names and trademarks in the world, and

15   among the most famous names and trademarks in the technology industry. Indeed, the Wall Street

16   Journal has regularly recognized the INTEL mark as one of America's most valuable brand names. As

17   early as 1993, Financial World ranked the INTEL brand as third, behind Coca-Cola and Marlboro.

18   Similarly, from 1996 to the present, Fortune Magazine has annually celebrated Intel as one of the top

19   ten "Most Admired Corporations in America" – an honor Intel has shared alongside such companies as

20   General Electric, Microsoft and Coca-Cola. In 2002, Business Week reported that the INTEL brand

21   was ranked fifth in Interbrand's World's Most Valuable Brands Survey, with an estimated value of

22   $30.8 billion.

23   8.    Intel uses INTEL as its "house mark" on or in connection with virtually every product

24   and service it sells. In 2002 alone, Intel sold over $26.7 billion of INTEL branded goods and services

25   and, in the last decade, Intel has sold over $225 billion of products and services under the INTEL name

26   and mark. In addition, Intel sells directly to the public, through its website at www.shopintel.com, a

27   variety of non-technology related goods under its INTEL brand, including clothing, accessories, toys,

28   stationary, luggage and traveling gear, watches, key rings, pens and pencils, mugs and water bottles.

9.    As part of Intel's ongoing efforts to remain at the cutting edge of the technology sector, Intel often makes strategic investments in other businesses. Intel's strategic investment program, known as Intel Capital, is one of the largest worldwide corporate venture programs investing in the technology segment. Intel Capital's portfolio includes businesses located throughout the United States, and Intel Capital routinely deploys investment managers to cover major metropolitan areas such as New York, Dallas, Washington D.C. and Atlanta. Intel also has substantial real estate holdings and is actively involved in the purchase, development and management of its worldwide research and development facilities and fabrication plants, and is an active community member where it maintains facilities and fabrication plants.

10.    Intel is the owner of numerous U.S. trademark registrations for the mark INTEL, including the following:

a.    Intel is the owner of U.S. Trademark Registration Nos. 914,978 and 938,772 issued on June 15, 1971 and July 25, 1972, respectively, for the mark INTEL for use in connection with integrated circuits, registers and semiconductor memories and equipment for the testing and programming thereof. These registrations, duly and legally issued by the United States Patent and Trademark Office, are valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065. Intel uses the notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111. Copies of these registrations are attached hereto as Exhibits A and B.

b.    Intel is the owner of U.S. Trademark Registration No. 939,641 issued on August 1, 1972 for the mark INTEL for use in connection with integrated circuits, registers, and semiconductor memories. This registration, duly and legally issued by the United States Patent and Trademark Office, is valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065. Intel uses the notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111. A copy of this registration is attached hereto as Exhibit C.

c.    Intel is the owner of U.S. Trademark Registration No. 1,022,563, issued on October 14, 1975, for the mark INTEL for use in connection with microcomputers, microcontrollers, and microprocessors. This registration, duly and legally issued by the United States Patent and Trademark Office, is valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065. Intel uses the notice of

HOWREY
SIMON
ARNOLD &
WHITE

Case No.
Complaint for Damages and Injunctive Relief

-4-

1  registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111.  A copy of this registration is

2  attached hereto as Exhibit D.

3          d.  Intel is the owner of U.S. Trademark Registration No. 2,171,778, issued on July 7,

4  1998, for the mark INTEL for use in connection with, among other things, computer operating system

5  software, computer hardware, integrated circuits, integrated circuit chips, microprocessors, printed

6  circuit boards, video circuit boards, audio-video circuit boards, video graphic accelerators, multimedia

7  accelerators, video processors, computer hardware and software for the development, maintenance, and

8  use of interactive audio-video computer conference systems, and computer hardware and software for

9  the receipt, display and use of broadcast video, audio and data signals.  This registration, duly and

10  legally issued by the United States Patent and Trademark Office, is valid and subsisting.  Intel uses the

11  notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111.  A copy of this

12  registration is attached hereto as Exhibit E.

13          e.  Intel is the owner of U.S. Trademark Registration No. 2,446,693, issued on

14  April 24, 2001, for the mark INTEL for use in connection with, among other things, computers,

15  computer hardware, software for use in operating and maintaining computer systems, microprocessors,

16  integrated circuits, computer chipsets, computer motherboards, computer graphics boards, computer

17  networking hardware, computer peripherals, video apparatus, video circuit boards, apparatus and

18  equipment for recording, processing, receiving, reproducing, transmitting, modifying, compressing,

19  decompressing, broadcasting, merging and/or enhancing sound, video images, graphics, and data,

20  electronic control boxes for the interface and control of computer and global computer networks with

21  television and cable broadcast equipment, video conferencing equipment, computer programs for

22  recording, processing, receiving, reproducing, transmitting, modifying, compressing, decompressing,

23  broadcasting, merging, and/or enhancing sound, video, images, graphics, and data, and video

24  conferencing equipment.  This registration, duly and legally issued by the United States Patent and

25  Trademark Office, is valid and subsisting.  Intel uses the notice of registration, "®," with its INTEL

26  mark pursuant to 15 U.S.C. § 1111.  A copy of this registration is attached hereto as Exhibit F.

27          f.  Intel is the owner of U.S. Trademark Registration No. 2,462,327, issued on June 19,

28  2001, for the mark INTEL for use in connection with, among other things, digital cameras and PC

HOWREY
SIMON
ARNOLD &
WHITE

Case No.

Complaint for Damages and Injunctive Relief

-5-

1    cameras, computer hardware and software for use in imaging and photographic applications; CD

2    ROMs for imaging and photographic applications, imaging sensors; interactive multimedia computer

3    game programs, and interactive video game programs. This registration, duly and legally issued by the

4    United States Patent and Trademark Office, is valid and subsisting. Intel uses the notice of

5    registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111. A copy of this registration is

6    attached hereto as Exhibit G.

7             g.    Intel is the owner of U.S. Trademark Registration No. 2,585,551, issued on June 25,

8    2002, for the mark INTEL for use in connection with, among other things, computer services including

9    computer web site design services, development of interactive web pages, development of local and

10   wide area computer networks, computer diagnostic services, provision of electronic information

11   services, electronic bulletin board services, computer hardware, installation and repair services and

12   education services in the field of computers. This registration, duly and legally issued by the United

13   States Patent Office, is valid and subsisting. Intel uses the notice of registration "®," with its INTEL

14   mark pursuant to 15 U.S.C. § 1111. A copy of this registration is attached hereto as Exhibit H.

15            h.    Intel is the owner of U.S. Trademark Registration No. 2,365,149, issued on July 4,

16   2000, for the mark INTEL for use in connection with financing services. This registration, duly and

17   legally issued by the United States Patent Office, is valid and subsisting. Intel uses the notice of

18   registration "®," with its INTEL mark pursuant to 15 U.S.C. § 1111. A copy of this registration is

19   attached hereto as Exhibit I.

20            i.    Intel is the owner of U.S. Trademark Registration No. 2,444,762, issued on

21   April 17, 2001, for the mark INTEL for use in connection with, among other things, leasing of

22   computer equipment, leasing of office furniture, and leasing of office equipment. This registration,

23   duly and legally issued by the United States Patent Office, is valid and subsisting. Intel uses the notice

24   of registration "®," with its INTEL mark pursuant to 15 U.S.C. § 1111. A copy of this registration is

25   attached hereto as Exhibit J.

26            j.    Intel is the owner of U.S. Trademark Registration No. 1,573,324, issued on

27   December 26, 1989, for the mark INTEL for use in connection with printed material, namely, technical

28   manuals, pamphlets, user and product manuals, all of which relate to the field of information and data

HOWREY
SIMON
ARNOLD &
WHITE

Case No.                                                                                    -6-
Complaint for Damages and Injunctive Relief

1   technology and semiconductor devices. This registration, duly and legally issued by the United States

2   Patent and Trademark Office, is valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065.

3   Intel uses the notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111. A copy

4   of this registration is attached hereto as Exhibit K.

5           k.  Intel is the owner of U.S. Trademark Registration No. 1,723,243, issued on

6   October 13, 1992, for the mark INTEL for use in connection with metal key rings, watches, note paper,

7   note cards, posters, microprocessor chip die plot prints as art prints, pencils, ball point pens, ink pens

8   and stationery folders; plastic key chain tags; mugs and water bottles sold empty, jigsaw puzzles, golf

9   balls, golf tees and golf ball markers. This registration, duly and legally issued by the United States

10   Patent and Trademark Office, is valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065.

11   Intel uses the notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111. A copy

12   of this registration is attached hereto as Exhibit L.

13           l.  Intel is the owner of U.S. Trademark Registration No. 1,725,692, issued on

14   October 20, 1992, for the mark INTEL for use in connection with, among other things, sport bags, gym

15   bags and carry-on bags; towels, and clothing. This registration, duly and legally issued by the United

16   States Patent and Trademark Office, is valid, subsisting, and incontestable pursuant to 15 U.S.C.

17   § 1065. Intel uses the notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111.

18   A copy of this registration is attached hereto as Exhibit M.

19           m.  Intel is the owner of U.S. Trademark Registration No. 2,194,121 issued on

20   October 6, 1998, for the mark INTEL for use in connection with printed materials, namely, books,

21   magazines, newsletters, journals, operating manuals, users guides, pamphlets, and brochures about, for

22   use with and directed to users of, computer operating system software; computer operating programs;

23   computer system extensions; computer system tools; computer system utilities; computer application

24   software; computer firmware; computer hardware; computer peripherals; computer components;

25   integrated circuits; integrated circuit chips; semiconductor processors; semiconductor processor chips;

26   microprocessors; printed circuit boards; electronic circuit boards; computer memory devices;

27   semiconductor memory devices; video circuit boards; audio circuit boards; audio-video circuit boards;

28   video graphic accelerators; multimedia accelerators; video processors; fax/modems; computer

**HOWREY**
**SIMON**
**ARNOLD &**
**WHITE**
Case No.
Complaint for Damages and Injunctive Relief

-7-

1  hardware and software for the transmission and receipt of facsimiles; computer hardware and software

2  for the development, maintenance, and use of local and wide area computer networks; computer

3  hardware and software for the development, maintenance, and use of interactive audio-video computer

4  conference systems; computer hardware and software for the receipt, display, and use of broadcast

5  video, audio, and digital data signals; and computer hardware and software for development, testing,

6  programming, and production of hardware and software.  This registration, duly and legally issued by

7  the United States Patent and Trademark Office, is valid and subsisting.  Intel uses the notice of

8  registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111.  A copy of this registration is

9  attached hereto as Exhibit N.

10        n.  Intel is the owner of U.S. Trademark Registration No. 2,251,962 issued on June 8,

11  1999, for the mark INTEL for use in connection with clocks, belt buckles, jewelry, charms, cuff links,

12  earrings, key chains, necklaces, bracelets, necktie fasteners, lapel pins, money clip pendants, piggy

13  banks, tie pins, trophies and watches.  This registration, duly and legally issued by the United States

14  Patent and Trademark Office, is valid and subsisting.  Intel uses the notice of registration, "®," with its

15  INTEL mark pursuant to 15 U.S.C. § 1111.  A copy of this registration is attached hereto as Exhibit O.

16        o.  Intel is the owner of U.S. Trademark Registration No. 2,251,961 issued on June 8,

17  1999, for the mark INTEL for use in connection with binders, bookends, boxes for pens, calendars,

18  tablets, note cards and playing cards, self-adhesive pads, desk pads, and calendar pads, pens, pencils,

19  folders, paperweights, pen and pencil holders, photograph stands, rulers, erasers, markers, desk sets,

20  and desk organizers.  This registration, duly and legally issued by the United States Patent and

21  Trademark Office, is valid and subsisting.  Intel uses the notice of registration, "®," with its INTEL

22  mark pursuant to 15 U.S.C. § 1111.  A copy of this registration is attached hereto as Exhibit P.

23        p.  Intel is the owner of U.S. Trademark Registration No. 2,250,491 issued on June 1,

24  1999, for the mark INTEL for use in connection with travel bags, luggage, school bags, back packs,

25  beach bags, duffel bags, fanny packs, and umbrellas.  This registration, duly and legally issued by the

26  United States Patent and Trademark Office, is valid and subsisting.  Intel uses the notice of

27  registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111.  A copy of this registration is

28  attached hereto as Exhibit Q.

HOWREY
SIMON
ARNOLD &
WHITE

Case No.
Complaint for Damages and Injunctive Relief

-8-

1          q.   Intel is the owner of U.S. Trademark Registration No. 2,254,525 issued on June 15,

2   1999, for the mark INTEL for use in connection with T-shirts, shirts, beachwear, loungewear,

3   sweaters, sweatshirts, sweat suits, coveralls, jackets, ties, headwear, cardigans, gym suits, hats, jogging

4   suits, neckties, polo shirts, scarves and infant rompers.  This registration, duly and legally issued by the

5   United States Patent and Trademark Office, is valid and subsisting.  Intel uses the notice of

6   registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111.  A copy of this registration is

7   attached hereto as Exhibit R.

8          r.   Intel is the owner of U.S. Trademark Registration No. 2,261,531 issued on July 13,

9   1999, for the mark INTEL for use in connection with toys, namely, stuffed toys, toys, plush toys, dolls,

10  bean bags, games, namely board games, stand alone video games, and Christmas tree ornaments.  This

11  registration, duly and legally issued by the United States Patent and Trademark Office, is valid and

12  subsisting.  Intel uses the notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C.

13  § 1111.  A copy of this registration is attached hereto as Exhibit S.

14         s.   Intel is the owner of U.S. Trademark Registration No. 2,276,580 issued on

15  September 7, 1999 for the mark INTEL for use in connection with mugs and sports bottles.  This

16  registration, duly and legally issued by the United States Patent and Trademark Office, is valid and

17  subsisting.  Intel uses the notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C.

18  § 1111.  A copy of this registration is attached hereto as Exhibit T.

19      11.   In addition to using INTEL as a trade name and a trademark, Intel also owns a family of

20  trademarks that incorporate INTEL as a prominent component of the mark.  For example, in late 1990

21  and early 1991, Intel developed and launched a cooperative advertising and licensing program referred

22  to as the "Intel Inside Program."  As part of this program, Intel adopted and began to use the

23  trademarks INTEL INSIDE and INTEL INSIDE & SWIRL Logo through licensees for products such

24  as personal desktop computers, laptop computers and workstations that actually include genuine Intel

25  microprocessors.  Among Intel's many thousands of OEM ("Original Equipment Manufacturers")

26  licensees worldwide are giants of the computer industry such as Dell, Gateway, Hewlett-Packard,

27  IBM, and Sony.  As early as 1992, Intel invested $50 million for advertising to support this very

28  successful licensing and cooperative advertising program.  Following upon the creation and launch of

1   the Intel Inside Program, in late 1992 and early 1993, was Intel's well-publicized launch of its famous

2   PENTIUM trademark which was supported by additional extensive advertising by Intel and its

3   licensees. The INTEL and INTEL INSIDE trademarks were prominently associated with the launch of

4   the PENTIUM mark. Since the Intel Inside program's launch, Intel's OEM licensees have advertised

5   and sold many billions of dollars worth of computer products bearing the INTEL INSIDE & SWIRL

6   Logo mark. Intel itself has spent billions of dollars advertising the INTEL and INTEL INSIDE marks.

7   In fact, in 2002 alone, Intel spent approximately $1.7 billion on advertising and Intel's licensees spent

8   over $400 million. Through extensive advertising and promotion by Intel and its licensees,

9   advertisements reflecting the INTEL and INTEL INSIDE marks have created an estimated hundreds of

10  billions of impressions.

11          12.     Intel is the owner of numerous U.S. trademark registrations for the mark INTEL

12  INSIDE, including the following:

13                  a.     Intel is the owner of U.S. Registered Trademark No. 1,702,463, issued on July 21,

14  1992, for the INTEL INSIDE & SWIRL Logo for use in connection with microprocessors. This

15  registration, duly and legally issued by the United States Patent and Trademark Office, is valid,

16  subsisting, and incontestable pursuant to 15 U.S.C. § 1065. Intel uses the notice of registration, "®,"

17  with its INTEL INSIDE & SWIRL Logo mark pursuant to 15 U.S.C. § 1111. A copy of this

18  registration is attached hereto as Exhibit U.

19                  b.     Intel is the owner of U.S. Trademark Registration No. 1,705,796, issued on August 4,

20  1992, for the mark INTEL INSIDE for use in connection with microprocessors. This registration, duly

21  and legally issued by the United States Patent and Trademark Office, is valid, subsisting, and

22  incontestable pursuant to 15 U.S.C. § 1065. Intel uses the notice of registration, "®," with its INTEL

23  INSIDE mark pursuant to 15 U.S.C. § 1111. A copy of this registration is attached hereto as Exhibit V.

24                  c.     Intel is the owner of U.S. Registered Trademark No. 2,179,209, issued on August 4,

25  1998, for the INTEL INSIDE mark for use in connection with various computer related products,

26  including computer operating system software, computer operating programs, audio and video

27  graphics, computer firmware, computer hardware, integrated circuits, microprocessors, printed circuit

28  boards, computer memory devices, video circuit boards, audio-video circuit boards, video graphic

HOWREY
SIMON
ARNOLD &
WHITE
Case No.
Complaint for Damages and Injunctive Relief                                    -10-

1  accelerators, video processors, computer hardware and software for the development, maintenance, and

2  use of local and wide area computer networks, computer hardware and software for the development,

3  maintenance, and use of interactive audio-video computer conference systems, and computer hardware

4  and software for the receipt, display, and use of broadcast video, audio, and digital data signals.  This

5  registration, duly and legally issued by the United States Patent and Trademark Office, is valid and

6  subsisting.  Intel uses the notice of registration, "®," with its INTEL INSIDE & SWIRL Logo mark

7  pursuant to 15 U.S.C. § 1111.  A copy of this registration is attached hereto as Exhibit W.

8         d.    Intel is the owner of U.S. Registered Trademark No. 2,188,280 issued on September

9  8, 1998, for the INTEL INSIDE & SWIRL Logo for use in connection with computer products

10  including computer operating system software, computer operating programs, audio and video

11  graphics, computer hardware, integrated circuits, microprocessors, printed circuit boards, electronic

12  circuit boards, computer memory devices, video circuit boards, audio-video circuit boards, video

13  graphic accelerators, multimedia accelerators, video processors, computer hardware and software for

14  the development, maintenance, and use of interactive audio-video computer conference systems, and

15  computer hardware and software for the receipt, display, and use of broadcast video, audio, and digital

16  data signals.  This registration, duly and legally issued by the United States Patent and Trademark

17  Office, is valid and subsisting.  Intel uses the notice of registration, "®," with its INTEL INSIDE &

18  SWIRL Logo mark pursuant to 15 U.S.C. § 1111.  A copy of this registration is attached hereto as

19  Exhibit X.

20         e.    Intel is the owner of U.S. Trademark Registration No. 2,451,273, issued on May 15,

21  2001, for the INTEL INSIDE & SWIRL Logo for use in connection with products including computers,

22  computer hardware, software for use in operating and maintaining computer systems, microprocessors,

23  integrated circuits, computer peripherals and electronic apparatus for use with computers, video

24  apparatus, video circuit boards, apparatus and equipment for recording, processing, receiving,

25  reproducing, transmitting, modifying, compressing, decompressing, broadcasting, merging and/or

26  enhancing sound, video images, graphics, and data, and computer programs for recording processing,

27  receiving, reproducing, transmitting, modifying, compressing, decompressing, broadcasting, merging,

28  and/or enhancing sound, video, images, graphics, and data.  This registration, duly and legally issued by

HOWREY
SIMON
ARNOLD &
WHITE

Case No.                                                                    -11-
Complaint for Damages and Injunctive Relief

1  the United States Patent and Trademark Office, is valid and subsisting.  Intel uses the notice of

2  registration, "®," with its INTEL INSIDE & SWIRL Logo mark pursuant to 15 U.S.C. § 1111.  A copy of

3  this registration is attached hereto as Exhibit Y.

4          f.    Intel is the owner of U.S. Trademark Registration No. 2,198,880 issued on

5  October 20, 1998, for the mark INTEL INSIDE for use in connection with printed materials, namely,

6  books, magazines, newsletters, journals, operating manuals, users guides, pamphlets, and brochures

7  about, for use with, and directed to users of, computer operating system software; computer operating

8  programs; computer system extensions; computer system tools; computer system utilities; computer

9  application software; computer firmware; computer hardware; computer peripherals; computer

10  components; integrated circuits; integrated circuit chips; semiconductor processors; semiconductor

11  processor chips; microprocessors; printed circuit boards; electronic circuit boards; computer memory

12  devices; semiconductor memory devices; video circuit boards; audio circuit boards; audio-video circuit

13  boards; video graphic accelerators; multimedia accelerators; video processors; fax/modems; computer

14  hardware and software for the transmission and receipt of facsimiles; computer hardware and software

15  for the development, maintenance, and use of local and wide area computer networks; computer

16  hardware and software for the development, maintenance, and use of interactive audio-video computer

17  conference systems; computer hardware and software for the receipt, display, and use of broadcast

18  video, audio, and digital data signals; and computer hardware and software for development, testing,

19  programming, and production of hardware and software.  This registration, duly and legally issued by

20  the United States Patent and Trademark Office, is valid and subsisting.  Intel uses the notice of

21  registration, "®," with its INTEL INSIDE mark pursuant to 15 U.S.C. § 1111.  A copy of this

22  registration is attached hereto as Exhibit Z.

23          g.    Intel is the owner of U.S. Trademark Registration No. 2,250,492 issued on June 1,

24  1999, for the mark INTEL INSIDE for use in connection with travel bags, luggage, school bags, back

25  packs, beach bags, duffel bags, and fanny packs.  This registration, duly and legally issued by the

26  United States Patent and Trademark Office, is valid and subsisting.  Intel uses the notice of

27  registration, "®," with its INTEL INSIDE mark pursuant to 15 U.S.C. § 1111.  A copy of this

28  registration is attached hereto as Exhibit AA.

HOWREY
SIMON
ARNOLD &
WHITE

Case No.                                              -12-
Complaint for Damages and Injunctive Relief

1          h.   Intel is the owner of U.S. Trademark Registration No. 2,261,580 issued on July 13,

2    1999, for the mark INTEL INSIDE for use in connection with toys, namely, stuffed toys, plush toys,

3    dolls, bean bags, games, namely, board games, stand alone video games, and Christmas ornaments.

4    This registration, duly and legally issued by the United States Patent and Trademark Office, is valid

5    and subsisting.  Intel uses the notice of registration, "®," with its INTEL INSIDE mark pursuant to 15

6    U.S.C. § 1111.  A copy of this registration is attached hereto as Exhibit BB.

7          i.   Intel is the owner of U.S. Trademark Registration No. 2,256,061 issued on June 22,

8    1999, for the mark INTEL INSIDE for use in connection with mugs and sports bottles.  This

9    registration, duly and legally issued by the United States Patent and Trademark Office, is valid and

10   subsisting.  Intel uses the notice of registration, "®," with its INTEL INSIDE mark pursuant to 15

11   U.S.C. § 1111.  A copy of this registration is attached hereto as Exhibit CC.

12         j.   Intel is the owner of U.S. Trademark Registration No. 2,252,046 issued on June 8,

13   1999, for the mark INTEL INSIDE for use in connection with T-shirts, shirts, beachwear, loungewear,

14   sweatshirts, sweat suits, coveralls, jackets, ties, headwear, cardigans, gym suits, hats, jogging suits,

15   neckties, polo shirts and infant rompers.  This registration, duly and legally issued by the United States

16   Patent and Trademark Office, is valid and subsisting.  Intel uses the notice of registration, "®," with its

17   INTEL INSIDE mark pursuant to 15 U.S.C. § 1111.  A copy of this registration is attached hereto as

18   Exhibit DD.

19         k.   Intel is the owner of U.S. Trademark Registration No. 2,289,657 issued on

20   October 26, 1999, for the mark INTEL INSIDE for use in connection with binders, boxes for pens,

21   tablets, note cards and playing cards, self-adhesive pads, desk pads, and calendar pads, pens, pencils,

22   folders, photograph stands, rulers, and markers.  This registration, duly and legally issued by the

23   United States Patent and Trademark Office, is valid and subsisting.  Intel uses the notice of

24   registration, "®," with its INTEL INSIDE mark pursuant to 15 U.S.C. § 1111.  A copy of this

25   registration is attached hereto as Exhibit EE.

26         l.   Intel is the owner of U.S. Trademark Registration No. 2,289,658 issued on

27   October 26, 1999, for the mark INTEL INSIDE for use in connection with clocks, jewelry, charms,

28   cuff links, earrings, key chains, necklaces, bracelets, necktie fasteners, lapel pins, money clips,

1    pendants, tie slides and watches. This registration, duly and legally issued by the United States Patent

2    and Trademark Office, is valid and subsisting. Intel uses the notice of registration, "®," with its

3    INTEL INSIDE mark pursuant to 15 U.S.C. § 1111. A copy of this registration is attached hereto as

4    Exhibit FF.

5            m.   Intel is the owner of U.S. Trademark Registration No. 2,547,565 issued on March

6    12, 2002, for the mark INTEL INSIDE & SWIRL Logo for use in connection with computer-related

7    and communications-related services, namely, support and consulting services for computer-related

8    and communications-related goods; providing information in the field of computer technology via the

9    global computer network; providing on-line publications, namely, books, brochures, white papers,

10   catalogs and pamphlets in the fields of computer and information technology; designing and

11   developing standards for others in the design and implementation of computer software, computer

12   hardware and telecommunications equipment; computer software, computer hardware and network

13   design services. This registration, duly and legally issued by the United States Patent and Trademark

14   Office, is valid and subsisting. Intel uses the notice of registration, "®," with its INTEL INSIDE &

15   SWIRL Logo mark pursuant to 15 U.S.C. § 1111. A copy of this registration is attached hereto as

16   Exhibit GG.

17           n.   Intel is the owner of U.S. Trademark Registration No. 2,194,122 issued on October

18   6, 1998, for the mark INTEL INSIDE & SWIRL Logo for use in connection with printed materials,

19   namely, books, magazines, newsletters, journals, operating manuals, users guides, pamphlets, and

20   brochures about, for use with and directed to users of, computer operating system software; computer

21   operating programs; computer system extensions; computer system tools; computer system utilities;

22   computer application software; computer firmware; computer hardware; computer peripherals;

23   computer components; integrated circuits; integrated circuit chips; semiconductor processors;

24   semiconductor processor chips; microprocessors; printed circuit boards; electronic circuit boards;

25   computer memory devices; semiconductor memory devices; video circuit boards; audio circuit boards;

26   audio-video circuit boards; video graphic accelerators; multimedia accelerators; video processors;

27   fax/modems; computer hardware and software for the transmission and receipt of facsimiles; computer

28   hardware and software for the development, maintenance, and use of local and wide area computer

HOWREY
SIMON
ARNOLD &
WHITE

Case No.
Complaint for Damages and Injunctive Relief

-14-

1  networks; computer hardware and software for the development, maintenance, and use of interactive

2  audio-video computer conference systems; computer hardware and software for the receipt, display,

3  and use of broadcast video, audio, and digital data signals; and computer hardware and software for

4  development, testing, programming, and production of hardware and software. This registration, duly

5  and legally issued by the United States Patent and Trademark Office, is valid and subsisting. Intel uses

6  the notice of registration, "®," with its INTEL INSIDE & SWIRL Logo mark pursuant to 15 U.S.C.

7  § 1111. A copy of this registration is attached hereto as Exhibit HH.

8      13.    Intel owns many other trademark registrations for its family of INTEL-based marks.

9  These include:  INTEL TEAMSTATION, INTEL STRATAFLASH, INTEL INSIDE PENTIUM

10  PROCESSOR & DESIGN, INTEL QUICK WEB TECHNOLOGY, INTEL IMAGING & DESIGN,

11  INTEL SPEEDSTEP, INTEL XEON, INTEL INSIDE XEON and INTEL INSIDE PENTIUM !!! &

12  DESIGN.  Copies of these registrations or evidence thereof are attached hereto as Exhibits II through

13  QQ.

14      14.    Further, Intel currently has a number of pending applications to federally register

15  trademarks containing the mark INTEL.  These trademarks include: INTEL XSCALE, WITH INTEL

16  OPTIMIZERS & DESIGN, INTEL NETBURST, INTEL NETSTRUCTURE, INTEL NETMERGE,

17  INTEL INSIDE CENTRINO, and INTEL INBUSINESS.

18      15.    Intel is the owner of several California state trademark registrations for the mark INTEL

19  including the following:

20          a.    Intel is the owner of California State Registered Trademark No. 63565 issued on

21  May 15, 1981 for the INTEL mark for use in connection with integrated circuits, registers and

22  semiconductor memories, and test and programming equipment for such products.  This registration,

23  duly and legally issued by the State of California, is valid and subsisting.  A copy of this registration is

24  attached hereto as Exhibit RR.

25          b.    Intel is the owner of California State Registered Trademark No. 94221 issued on

26  June 18, 1991 for the INTEL mark for use in connection with integrated circuits, registers and

27  semiconductor memories.  This registration, duly and legally issued by the State of California, is valid

28  and subsisting.  A copy of this registration is attached hereto as Exhibit SS.

HOWREY
SIMON
ARNOLD &
WHITE

Case No.                                                                        -15-
Complaint for Damages and Injunctive Relief

1    c. Intel is the owner of California State Registered Trademark No. 94220 issued on

2 June 18, 1991 for the INTEL mark for use in connection with printed material, namely technical

3 manuals, pamphlets, user and product manuals, all of which relate to the field of information and data

4 technology and semiconductor devices. This registration, duly and legally issued by the State of

5 California, is valid and subsisting. A copy of this registration is attached hereto as Exhibit TT.

6    16. Through its extensive use of the INTEL mark and trade name, Intel also owns common

7 law trademark rights in its INTEL trademark and trade name for all of the goods and services and

8 activities identified herein.

9    17. Intel maintains an Internet site on the World Wide Web at the address

10 http://www.intel.com. Intel has used its trade name and trademark as an Internet address in order to

11 make it easy for customers to locate Intel's web site, and to identify that the web site is owned by Intel.

12 Intel's web site features the INTEL mark, INTEL INSIDE mark, INTEL INSIDE & SWIRL Logo

13 mark and Intel's many other INTEL composite marks. The Intel web site receives millions of "hits"

14 per week.

15    18. As a consequence of the extensive sales under, and advertising, promotion, and use of

16 the INTEL and INTEL composite marks, Intel has developed enormous recognition for its computer

17 products and services under the INTEL mark and has acquired and enjoys an immensely valuable

18 reputation and tremendous goodwill under the mark. The INTEL mark is world renowned, and is a

19 "famous" mark for purposes of 15 U.S.C. § 1125(c)(1).

20 IV.    **DEFENDANT'S BUSINESS**

21    19. Intel is informed and believes that Defendant purchases and manages large real estate

22 properties for investors. Defendant invests in and manages property throughout the United States,

23 including California. Defendant's name, Intell Management & Investment Co., is essentially identical

24 to the mark INTEL with the addition of the generic phrase "Management & Investment Co." The

25 names of Defendant's other entities, such as Intell Kentucky and Intell Louisville, are likewise

26 essentially identical to the mark INTEL with the addition of geographic terms. Intel is informed and

27 believes that Defendant is commonly referred to as "Intell" by third parties. "Intel" and "Intell" have

28 the identical sound and essentially identical appearance, conveying the same commercial impression.

HOWREY
SIMON
ARNOLD &
WHITE

Case No.
Complaint for Damages and Injunctive Relief                    -16-

1    20.    Defendant's use of the trade name and service mark Intell Management & Investment

2  Co. ("the INTELL mark") has caused and is likely to continue to cause confusion as to whether

3  Defendant's services originate from or are sponsored by Intel, or whether there is an association

4  between Defendant and Intel.  Defendant's acts also are diluting and likely to dilute the INTEL

5  trademark by whittling away its unique source identifying quality.  Despite Intel's numerous attempts

6  to explain its position and amicably resolve the dispute, Defendant has persisted in using its name and

7  has refused to voluntarily change it, leaving Intel no choice but to file this Complaint.

8                              **FIRST CAUSE OF ACTION**
                            **TRADEMARK INFRINGEMENT**
9                                **(15 U.S.C. § 1114)**

10    21.    Intel realleges and incorporates herein by reference the matters alleged in Paragraphs

11  1 through 20 of this Complaint.

12    22.    Intell either had actual notice and knowledge, or had constructive notice, of Intel's

13  ownership and registrations of the INTEL mark pursuant to 15 U.S.C. § 1072 prior to Intell's adoption

14  and use of the INTELL mark.

15    23.    Upon information and belief, Intell was aware of Intel's business and its INTEL mark

16  and registrations prior to the adoption and use of the INTELL mark in connection with the advertising,

17  marketing, distribution, or sale of Intell's services under the INTELL mark.

18    24.    Upon information and belief, Intell deliberately and willfully used and is using the

19  INTELL mark in connection with the advertising, marketing, distribution, or sale of Intell's services in

20  an attempt to trade on the enormous goodwill, reputation, and selling power established by Intel under

21  the INTEL mark.

22    25.    Upon information and belief, Intell has marketed or advertised services, or caused to be

23  marketed or advertised, services under the INTELL mark in interstate commerce.

24    26.    Upon information and belief, the services advertised, marketed, distributed, or sold by

25  Intell under the INTELL mark are moving and will continue to move through the same channels of

26  trade, and are being marketed or advertised and will continue to be marketed or advertised through the

27  same channels of marketing or advertising, and to the same consumers, as Intel's goods and services

28  that are sold and promoted under the INTEL and INTEL composite marks.

HOWREY
SIMON
ARNOLD &
WHITE
Case No.
Complaint for Damages and Injunctive Relief

1    27.    Intel has not consented to Intell's use of the INTELL mark.

2    28.    Intell's unauthorized use of the INTELL mark falsely indicates to consumers that

3    Intell's services are in some manner connected with, sponsored by, affiliated with, or related to Intel,

4    Intel's licensees, and the products and services of Intel and Intel's licensees.

5    29.    Intell's unauthorized use of the INTELL mark also causes consumers to be confused as

6    to the source, nature and quality of the services that Intell is promoting or selling.

7    30.    Intell's unauthorized use of the INTELL mark in connection with the advertising,

8    marketing, distribution, or sale of its services allows, and will continue to allow, Intell to receive the

9    benefit of the goodwill established at great labor and expense by Intel and to gain acceptance of Intell's

10   services, not based on the merits of those services, but on Intel's reputation and goodwill.

11   31.    Intell's unauthorized use of the INTELL mark in connection with the advertising,

12   marketing, distribution, or sale of its services deprives Intel of the ability to control the consumer

13   perception of the quality of the goods and services marketed under the INTEL mark, and places Intel's

14   valuable reputation and goodwill in the hands of Intell, over whom Intel has no control.

15   32.    The aforementioned activities of Intell have caused confusion and are likely to cause

16   further confusion, or to cause mistake, or to deceive consumers or potential consumers wishing to

17   purchase Intel's products and services.

18   33.    The aforementioned acts of Intell constitute federal trademark infringement in violation

19   of 15 U.S.C. § 1114.

20   34.    The intentional nature of the aforementioned acts of Intell makes this an exceptional

21   case pursuant to 15 U.S.C. § 1117(a).

22   35.    Intel has been, is now, and will be irreparably injured and damaged by Intell's

23   trademark infringement insofar as the public has been and/or is deceived into believing that the

24   services marketed by Intell are connected with, sponsored by, affiliated with, or related to Intel.

25   36.    Intell's conduct has damaged Intel and will, unless enjoined by the Court, further impair

26   the value of Intel's name, reputation, and goodwill.  This harm constitutes an injury for which Intel has

27   no adequate remedy at law.

28

HOWREY
SIMON
ARNOLD &
WHITE

Case No.                                                                    -18-
Complaint for Damages and Injunctive Relief

1

## SECOND CAUSE OF ACTION
## FALSE DESIGNATION OF ORIGIN
## (15 U.S.C. § 1125(a))

2

3       37.    Intel realleges and incorporates herein by reference the matters alleged in Paragraphs

4    1 through 36 of this Complaint.

5       38.    Intell's unauthorized use of the INTELL mark in connection with the advertising,

6    marketing, distribution, or sale of its services falsely suggests that these services are connected with,

7    sponsored by, affiliated with, or related to Intel.

8       39.    Intell's unauthorized use of the INTELL mark constitutes a false designation of origin

9    in violation of 15 U.S.C. § 1125(a).

10      40.    The intentional nature of the aforementioned acts of Intell makes this an exceptional

11   case pursuant to 15 U.S.C. § 1117(a).

12      41.    Intel has been, is now, and will likely be irreparably injured and damaged by Intell's

13   false designation of origin and/or false description insofar as the public has been and/or is induced to

14   believe that Intell's services are connected with, sponsored by, affiliated with, or related to Intel.

15      42.    Intell's conduct has damaged Intel and will, unless enjoined by the Court, further impair

16   the value of Intel's name, reputation, and goodwill.  This harm constitutes an injury for which Intel has

17   no adequate remedy at law.

18

## THIRD CAUSE OF ACTION
## FEDERAL TRADEMARK DILUTION
## (15 U.S.C. § 1125(c))

19

20      43.    Intel realleges and incorporates herein by reference the matters alleged in paragraphs

21   1 through 42 of this Complaint.

22      44.    The INTEL mark is world-renowned.  It is a famous mark that is widely recognized by

23   consumers, businesses and industry, and that identifies the products and services of Intel in the minds

24   of consumers.  Intell's unauthorized use of the INTELL mark began after Intel's mark had become

25   famous.

26      45.    Intell's unauthorized use of the INTELL mark in connection with the promotion,

27   distribution or sale of its services dilutes, and will continue to dilute, the strength of the INTEL mark,

28   which consumers, businesses and industry now associate with Intel and its products and services.

HOWREY
SIMON
ARNOLD &
WHITE

Case No.                                                                    -19-
Complaint for Damages and Injunctive Relief

46.   Intell's unauthorized use of the INTELL mark has, and will continue to have, an adverse effect upon the value and distinctive quality of the INTEL mark.  Intell's acts blur and whittle away at the distinctiveness and identity-evoking quality of the INTEL mark.

47.   Intell's acts dilute the value of Intel's goodwill in connection with the INTEL mark and destroy the exclusive association between Intel and its INTEL and INTEL composite marks.

48.   Intell's acts constitute trademark dilution in violation of 15 U.S.C. § 1125(c).

49.   The intentional nature of Intell's aforementioned acts makes this an exceptional case pursuant to 15 U.S.C. § 1125(c)(2) and 15 U.S.C. § 1117(a).

50.   The aforementioned acts of trademark dilution have caused, and are causing, irreparable injury to Intel.  Unless enjoined by this Court, Intell will continue to dilute the value of the INTEL mark, causing further irreparable injury to Intel for which there is no adequate remedy at law.

**FOURTH CAUSE OF ACTION
INFRINGEMENT UNDER CALIFORNIA LAW
(CAL. BUS. & PROF. CODE § 14335)**

51.   Intel realleges and incorporates herein by reference the matters alleged in Paragraphs 1 through 50 of this Complaint.

52.   Intell's acts described above constitute trademark infringement in violation of California Business and Professional Code § 14335, as they are likely to deceive the public.

53.   Intell's acts of trademark infringement have caused and will continue to cause Intel irreparable harm.  Intel has no adequate remedy at law for Intell's trademark infringement.

54.   Intel is entitled to a judgment enjoining and restraining Intell from engaging in further infringement.

**FIFTH CAUSE OF ACTION
DILUTION UNDER CALIFORNIA LAW
(CAL. BUS. & PROF. CODE § 14330)**

55.   Intel realleges and incorporates herein by reference the matters alleged in paragraphs 1 through 54 of this Complaint.

56.   Intel owns and has used the term INTEL as a distinctive trade name and as a trademark throughout the United States and the world in connection with a wide variety of goods and services for more than 30 years.  The INTEL mark and name are valid under common law.  In fact, by reason of

HOWREY
SIMON
ARNOLD &
WHITE

Case No.
Complaint for Damages and Injunctive Relief

-20-

1  Intel's longstanding and extensive use of its distinctive INTEL mark on a wide variety of products and

2  services, the widespread public identification of that mark with Intel's products and services, and the

3  success of the INTEL brand products and services in the marketplace, the INTEL mark is exceedingly

4  well-known and famous.

5       57.    Intell's unauthorized use of the INTELL mark has diluted, and/or is likely to dilute, the

6  distinctive quality of the INTEL mark and trade name in violation of California Business &

7  Professional Code § 14330.

8       58.    Intell willfully intended to trade on Intel's image and reputation and to dilute the INTEL

9  mark, acted with reason to know, or was willfully blind as to the consequences of its actions.

10       59.    Intell's wrongful acts have caused and will continue to cause Intel irreparable harm.

11  Intel has no adequate remedy at law for Intell's dilution.

12       60.    Intel is entitled to a judgment enjoining and restraining Intell from engaging in further

13  acts of dilution pursuant to California Business & Professional Code § 14330 et seq.

14                   **SIXTH CAUSE OF ACTION**
                   **UNFAIR COMPETITION**

15         **(CAL. BUS. & PROF. CODE § 17200)**

16       61.    Intel realleges and incorporates herein by reference the matters alleged in Paragraphs 1

17  through 60 of this Complaint.

18       62.    Intell's acts described above constitute unfair competition in violation of California

19  Business and Professional Code § 17200 et seq., as they are likely to deceive the public.

20       63.    Intell's acts of unfair competition have caused and will continue to cause Intel

21  irreparable harm.  Intel has no adequate remedy at law for Intell's unfair competition.

22       64.    Intel is entitled to a judgment enjoining and restraining Intell from engaging in further

23  unfair competition.

24

25                    **SEVENTH CAUSE OF ACTION**
    **COMMON LAW PASSING OFF AND UNFAIR COMPETITION**

26       65.    Intel realleges and incorporates herein by reference the matters alleged in paragraphs

27  1 through 64 of this Complaint.

28

HOWREY
SIMON
ARNOLD &
WHITE

Case No.
Complaint for Damages and Injunctive Relief

-21-

1        66.    Intel owns and has used the term INTEL as a distinctive trade name and trademark

2    throughout the United States and the world in connection with a wide variety of goods and services for

3    more than 30 years.  The INTEL mark and name are valid trademarks under state common law.

4        67.    Intell's unauthorized use of the INTELL mark constitutes infringement and unfair

5    competition of the INTEL mark in violation of the common law of California.

6        68.    Intell's wrongful acts have caused and will continue to cause Intel irreparable harm.

7    Intel has no adequate remedy at law.

8        69.    Intel is entitled to a judgment enjoining and restraining Intell from engaging in further

9    acts of infringement and unfair competition.

10                              **PRAYER FOR RELIEF**

11    WHEREFORE, Intel prays for relief as follows:

12        1.    A judgment, pursuant to 28 U.S.C. § 2201, declaring that Intell, its officers, agents,

13    servants, employees, and representatives and all other persons, firms or corporations in active concert

14    or participation with them, be enjoined and restrained from (1) using in any manner the INTEL mark,

15    or any name and mark that wholly incorporates the INTEL mark or is confusingly similar to or a

16    colorable imitation of this mark, including, without limitation, the INTELL mark; (2) doing any act or

17    thing calculated or likely to cause confusion or mistake in the minds of members of the public, or

18    prospective customers of Intel's products or services, as to the source of the products or services

19    offered for sale, distributed, or sold, or likely to deceive members of the public, or prospective

20    customers, into believing that there is some connection between Intell and Intel; and (3) committing

21    any of the acts which will tarnish, blur, or dilute, or likely to tarnish, blur, or dilute the distinctive

22    quality of the famous INTEL mark;

23        2.    A judgment ordering Intell, pursuant to 15 U.S.C. § 1116(a), to file with this Court and

24    serve upon Intel within thirty (30) days after entry of the injunction, a report in writing under oath

25    setting forth in detail the manner and form in which Intell has complied with the injunction and

26    implemented adequate and effective means to discontinue services under the INTELL mark;

27        3.    A judgment ordering Intell, pursuant to 15 U.S.C. § 1118, to deliver up for destruction,

28    or to show proof of said destruction or sufficient modification to eliminate the infringing matter, all

1   articles, packages, wrappers, products, displays, labels, signs, circulars, kits, packaging, letterheads,

2   business cards, advertisements, promotional items, literature, sales aids, receptacles or other matter in

3   the possession, custody, or under the control of Intell or its agents or distributors bearing the trademark

4   INTEL in any manner, or any mark that is confusingly similar to or a colorable imitation of this mark,

5   including without limitation the INTELL mark, both alone and in combination with other words or

6   terms including all plates, molds, matrices, and other means of making the same;

7       4.      A judgment that Intell account for and disgorge to Intel all of the profits realized by

8   Intell, or others acting in concert or participating with Intell, resulting from Intell's acts of trademark

9   infringement, false designation of origin, trademark dilution, and unfair competition, all relating to

10  Intell's use of the INTELL mark;

11      5.      A judgment, as to all Counts, awarding compensatory and punitive damages suffered

12  plus interest, in an amount to be determined;

13      6.      A judgment that Intel be awarded three times Intell's profits from its use of the INTELL

14  mark, or three times Intel's damages, whichever is greater, together with its reasonable attorneys' fees

15  pursuant to 15 U.S.C. § 1117(a) and (b);

16      7.      A judgment that Intel recover the costs of this action plus interest;

17      8.      A judgment ordering Intell to take all steps necessary to remove the name Intell

18  Management and Investment Co., and all of its other entities' corporate names that contain "Intell," in

19  the records of the Offices of the Secretary of State or equivalent agencies in each of the states Intell or

20  its other entities are incorporated or qualified to do business; and

21  //

22  //

23

24

25

26

27

28

HOWREY
SIMON
ARNOLD &
WHITE

Case No.
Complaint for Damages and Injunctive Relief                                      -23-

1    9.    A judgment that Intel be granted such other and further relief as the Court deems just

2    and proper.

3    Dated:  May 1, 2003                              Respectfully submitted,

4                                                     HOWREY SIMON ARNOLD & WHITE, LLP

5

6                                        By:  _Katherine M Basile_____

7                                                     Katherine M. Basile

8                                                     Attorneys for Plaintiff
                                                      INTEL CORPORATION
9
                                                      Robert N. Phillips
10                                                    Katherine M. Basile
                                                      HOWREY SIMON ARNOLD & WHITE, LLP
11                                                    301 Ravenswood Avenue
                                                      Menlo Park, California 94025-3434
12
                                                      Peter E. Moll
13                                                    HOWREY SIMON ARNOLD & WHITE, LLP
                                                      1299 Pennsylvania Avenue, N.W.
14                                                    Washington, DC  20004

15

16

17

18

19

20

21

22

23

24

25

26

27

28

HOWREY
SIMON
ARNOLD &
WHITE

Case No.
Complaint for Damages and Injunctive Relief                    -24-