1  Robert N. Phillips (SBN 120970)
   Bobby A. Ghajar (SBN 198719)
2  HOWREY SIMON ARNOLD & WHITE, LLP
   525 Market Street, Suite 3600
3  San Francisco, CA  94105
   Telephone:  (415) 848-4900
4  Facsimile:  (415) 848-4999

5  Peter E. Moll
   1299 Pennsylvania Avenue, N.W.
6  Washington, DC  20004
   Telephone:  (202) 783-0800
7  Facsimile:  (202) 383-6610

8  Attorneys for Plaintiff
   INTEL CORPORATION

9

                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                              OAKLAND

12

13  INTEL CORPORATION, a Delaware      )  Case No. C03 01998 CW
    corporation,                       )
                                       )  **ORDER GRANTING STIPULATION**
14              Plaintiff,             )  **REGARDING DISMISSAL WITH**
                                       )  **PREJUDICE**
15         vs.                         )
                                       )
16  INTELL MANAGEMENT & INVESTMENT     )
    CO., a Delaware corporation, et al,)
17                                     )
                Defendants.            )
18                                     )

19         Plaintiff INTEL CORPORATION, a Delaware corporation, and Defendants INTELL

20  MANAGEMENT & INVESTMENT CO., a Delaware corporation; INTELL MANAGEMENT AND

21  INVESTMENT COMPANY, a Missouri corporation; INTELL VENTURA, LLC, a California limited

22  liability company; INTELL OJAI, LLC, a California limited liability company; INTELL

23  CALIFORNIA, LLC, a California limited liability company; INTELL WHITE PLAINS, LLC, a New

24  York limited liability company (now known as INTELL ST. LOUIS, LLC);  and GARY BARNETT,

25  through their counsel of record, hereby stipulate as follows:

26

27

28

Stipulation and [Proposed] Order Regarding Dismissal With
Prejudice

HOWREY
SIMON
ARNOLD &
WHITE

1. Pursuant to a written confidential settlement agreement between the parties, this entire action shall be dismissed with prejudice.

2. The Court shall retain jurisdiction over the parties for the purpose of enforcing the terms of their confidential settlement agreement until performance in full of each and every term therein.

Dated:   February 23, 2005          Respectfully submitted,

 

HOWREY SIMON ARNOLD & WHITE, LLP
Robert N. Phillips, Esq.
Bobby A. Ghajar, Esq.
525 Market Street, Suite 3600
San Francisco, CA  94105


By:  /s/ Robert N. Phillips
    Robert N. Phillips
    Bobby A. Ghajar
    Attorneys for Plaintiff
    Intel Corporation

Dated:   February 23, 2005

POLSINELLI, SHALTON WELTE
SUELTHAUS PC
Cathy J. Dean, Esq.
Robert J.E. Edwards, Esq.
700 W. 47th Street, Suite 1000
Kansas City, MO 64112


By:  /s/ Robert J.E. Edwards
    Robert J.E. Edwards
    Attorneys for Defendants
    Intell Management and Investment Co.,
    et al.

## ATTESTATION AS TO CONCURRENCE

I, Robert N. Phillips, under penalty of perjury of the laws of the United States of America, attest that concurrence in the filing of this document has been obtained from each of the other signatories to this document.

    /s/ Robert N. Phillips
    Robert N. Phillips

1  IT IS SO ORDERED:   2/24/05

2  /s/ CLAUDIA WILKEN
   _____
3  Claudia Wilken
   District Court Judge